# United States District Court

## Southern District of Georgia

MCLAWS BAY, LLC

_____   Case No.   __4:25-CV-00128__
Plaintiff

v.

THE NATIONAL WILD            Appearing on behalf of
TURKEY FEDERATION, INC.  +    __DEFENDANTS__
_____
Defendant                    (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 30th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   THOMAS J. MIHILL
_____

Business Address:   303 PEACHTREE STREET, N.E.
_____
Firm/Business Name

STITES & HARBISON PLLC
_____
Street Address

SUITE 2800        ATLANTA        GA        30308
_____   _____   _____   _____
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____   _____   _____   _____
Address Line 2   City   State   Zip

(404) 739-8891                     001363
_____   _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   tjmihill@stites.com